IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD ANTHONY JOHNSON,

    Plaintiff,

  v.

JACOB GULLICKSON, JOSH MILLER,
WADE BEARDSLEY, TOM XIONG,
MARCUS WALDEN, JUSTIN GREUEL,
BEN FREDRICK, MARK PIEPER, and
SUSAN SCHAFFER,

    Defendants.

Case No.  20-cv-496-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

December 20, 2021
Date