IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD ANTHONY JOHNSON,

Plaintiff,

v.

Case No: 20-cv-496-jdp

JACOB GULLICKSON, JOSH MILLER

et al.,

Defendants.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Richard Anthony Johnson, the Plaintiff in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment from an Order Granting Defendants Motion For Summary Judgement entered in this action on the 23rd day of December, 2021

Dated: January 4, 2022

Richard A. Johnson # 670858
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI 54903
Plaintiff in Pro Se